PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Steve Montemeyor 819126 - 2024386
Plaintiff's Name and ID Number

T.D.C.J.
Place of Confinement

CASE NO. 6:21-CV-076-C
(Clerk will assign the number)

v.

Tom green County & Federal
Defendant's Name and Address

122 W. Harris Sen Angelo Tx- & 33 E. Twohig Room S.M.
Sen Angelo, Tx. 76903
Defendant's Name and Address

33 E. Twohig Rm. "66" "95" Sen Angelo Tx -76903
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES  X NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: 2007 Estelle 2 - Tomgreen County Jail 2021

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Downtown at the time now here 4382 N. US Highway 277 San Angelo, TX. 76905 and Estelle 2 - Huntsville Texas - P.O. Box 99

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Judge Penny Roberts — and admitted to changing my charges.

*Still involved - working for Liberty Mutual Insurance*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. after fired in T.D.C.J.
did not give me knee therapy now knee replacement

Defendant #2: Lil John - Federal Agent - ~~Judge Penny Roberts~~ ~~did not give me knee therapy - now knee replacement~~ Husband

*Still involved*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Judge Penny Roberts Husband. also did not give me knee therapy now knee replacement

Defendant #3: Gilbert Chapey Sr. (Moreno) did work - E-2

*Still involved*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
also did not give knee therapy - now knee replacement

Defendant #4: Lt. Tom Hodges

*Still involved - working for Liberty Mutual*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. also with Judge Penny Roberts (sexually)
is related too Judge Penny Roberts did not give me knee therapy now knee replacement

Defendant #5: Robert Bobby Martinez (Rodriguez)

*Still involved working for Liberty Mutual Insurance*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. after fired in T.D.C.J.
did not give me knee therapy - now knee replacement after ~~firing~~ fired in T.D.C.J.

Steve Henshaw/Paxton
did not give me knee therapy - now knee replacement

Joe Garcia
did not give me knee therapy - now knee replacement

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

[margin note: all the above name Retaliating on my (4th Constitutional Right) Civil + Federal lawsuits now on False Accusation - Perjury - me being in jail -]

① Judge Penny Roberts - I fired - she is an Inmate without a Diploma/GED and fired her in Lamesa TX Smit Unit in T.D.C.J. Estella 2 in Town and is from San Angelo TX - I fired in San Angelo TX too

② Lil John is Judge Penny Roberts Husband I fired in T.D.C.J. and in Society as a Federal plus closed down Site 1 down and is from (Moreno) San Angelo TX and fired in San Angelo TX too

③ Gilbert Chapoy Sr. I fired in T.D.C.J. he is not related never lived with him/visited - did know he is against me I will not do time for him - he got busted with drugs [margin: is from San Angelo]

④ Lt. Tom Hodges - I fired - grievances T.D.C.J. too does not have Education and is from San Angelo TX fired in San Angelo TX too [margin: is from San Angelo TX]

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pay me (my money) what has been asked ~~above~~

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Stevie, Steve, Steven, G.Q., Smooth, A gentleman with Qualities

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
819121, 1046693, 1716699, B2024386

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?         ___YES ___NO

**Main** Statement Claim - changed my charges in Tom Green County Jail all names attached; from 1997-2014 ... and admitted too all of the above;

Statement of Claim

⑤ Steve Henshaw/Paxton is from San Angelo TX - follows me to Indiana (state) hiding from me - I fired from San Angelo TX too T.D.C.J. - He and Gilbert Chapoy Sr. do follow me to Amerillo, TX. and pay to send me to T.D.C.J. from Potter County because of the 1983 Form wrote in San Angelo, TX.

⑥ Joe Garcia - Judge Penny Roberts - other boyfriend - I fired with grievances in T.D.C.J. also brings a picture too with Penny Roberts to Amber Barquera on Illegal Rambeling Lawsuits Joe Garcia expects to recieve all medical as I do knowing Penny-Roberts now works my Liberty Mutual Insurance to go against me.

all mailing address's
Employment of T.D.C.J.
Huntsville, TX
P.O. Box 99

all names mentioned told on them

**And** Sgt. G.I. Stella Chapoy (Luna) I fired in E-2 knows too. I do have Witness's and other Lawsuits (Civil & Federal) after this one — Thank-You

Carranza-Formby   unit monfort unit Lil. Safety Brown — T.D.C.J.   Mrs Silva
Mrs. Silva, Mrs. Brown   monfort unit

    C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_ YES **X** NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division):_____

        2. Case number:_____

        3. Approximate date warning was issued:_____

Executed on: _____
              DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_\_**8th**\_\_\_\_ day of \_\_\_**DECEMBER**\_\_\_, 20 **21**.
              (Day)              (month)      (year)

*Steve Montemayor*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

[Envelope scan]

Return address:
438 Tom Green County High Detention Facility
4382 N. US HWY 277
San Angelo, TX 76905

Addressed to:
Clerk
United States District
Northern District of Court
Texas

33 East Twohig, Room 202
San Angelo, Texas
76903

"Intown"

**INDIGENT LEGAL USE ONLY**



RECEIVED
DEC 13 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

After ET-AL nobody can use my civil's federal lawsuits for theirs — Sent 12/8/2021 ET-AL on all paperwork sent too. I will help Individuals after my Lawsuits After ET-AL