IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| STEVE MONTEMAYOR, Institutional ID No. 40498, <br><br> Plaintiff, <br><br> v. <br><br> TOM GREEN COUNTY DETENTION FACILITY, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § Civil Action No. 6:21-CV-00076-BU |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Steve Montemayor's Complaint, and all claims alleged therein, are DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) as frivolous and/or for failure to state a claim on which relief may be granted.

ORDERED this 21st day of March, 2023.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE